**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 13-7623**

─────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

PAUL CHRISTOPHER DAVIS,

                    Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (2:94-cr-00239-JAB-1)

─────────

Submitted:  December 19, 2013         Decided:  December 24, 2013

─────────

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Paul Christopher Davis, Appellant Pro Se.  Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Christopher Davis appeals the district court's order denying relief on his motion for a sentence reduction, filed pursuant to 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davis, No. 2:94-cr-00239-JAB-1 (M.D.N.C. Aug. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2